# EXHIBIT A

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/4/2013 10:18:32 AM
GREGORY T. IRELAND
Patricia Serna

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

ALFRED COSTANZO and MELANIE
COSTANZO,

               Plaintiffs

v.                                        No. D-202-CV-2013-08782

PROPERTY & CASUALTY INSURANCE
COMPANY OF HARTFORD

               Defendant.

## COMPLAINT FOR BREACH OF CONTRACT AND UNFAIR INSURANCE PRACTICES

**COME NOW** Plaintiffs, ALFRED COSTANZO and MELANIE COSTANZO ("Costanzo"), through counsel, and submits this complaint against Defendant PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD ("Hartford"):

1. Plaintiffs are residents of Bernalillo County. The real property that is the subject of the insurance policy referenced below is located in Bernalillo County, New Mexico.

2. Hartford is an insurance company organized under the laws of a state other than New Mexico and is doing business within the state of New Mexico.

3. As of December 27, 2011, Plaintiffs had sold to Theresa K. Hamill and James P. Hamill, a residence located at 242 Vermont Street NE, Albuquerque, New Mexico 87108, (the "Property"). The sale of the Property was owner financed, such that Plaintiffs' had a Purchase Money Mortgage upon the Property.

4. On or about December 27, 2011, there was a fire at the Property, causing substantial damage.

5. At the time of that fire, Mr. & Mrs. Hamill had obtained, and there was in effect, an insurance policy upon the Property, issued by Hartford, being Policy #55-RBC-358006 (the

"Policy"). The Plaintiffs, as mortgagees with respect to the Property, were additional insureds with respect to the Policy. A true copy of the Policy is attached hereto as Exhibit 1.

6. After the December 27, 2011 fire, Mr. & Mrs. Hamill came into default with respect to their mortgage, and Plaintiffs foreclosed upon that mortgage in a proceeding entitled Costanzo v. Hamill, Cause No. D-202-CV-2012-8815, in the Second Judicial District Court (the "Foreclosure Proceeding"). As a result of the Foreclosure Proceeding, the Plaintiffs have foreclosed upon their mortgage and are now the owners of the Property.

7. Hartford has not disputed that damages caused by said fire are covered by the Policy, but Plaintiffs and Hartford have never been able to agree upon a proper resolution of Plaintiffs' claims against Hartford.

8. Hartford's position with regard to the amount it has offered to pay for such fire loss has consistently been unreasonable.

9. Hartford's failure and refusal to take all steps necessary to repair such fire loss and to meet its obligations under the Policy have been in bad faith.

10. As a known and foreseeable consequence of Hartford's failure promptly to effect the repair of all damage cause by such fire loss, the Property has suffered extensive and additional and consequential damages with the result that the Property is now uninhabitable and a total loss.

11. Hartford's failure and refusal to take all steps necessary to repair such fire loss and to meet its obligations under the Policy have also been in violation of the New Mexico Unfair Insurance Practices Act, including, without limitation, NMSA 1978 §§59A-16-20 (B), (C), (E) and (G).

12. As a direct, proximate and foreseeable result of Hartford's breach of the Policy, and of Hartford's improper conduct, Plaintiffs have suffered actual damages in an amount to be determined at trial.

14. Hartford's conduct constitutes a knowing and willful unfair trade practice and a violation of the New Mexico Unfair Practices Act, including, without limitation, NMSA 1978 §§57-12-2D (15) and (17).

15. Hartford's conduct has also been in bad faith and in reckless disregard of rights of the Plaintiffs such that punitive damages should be assessed against Hartford in an amount to be determined at trial.

WHEREFORE, Plaintiffs pray the Court for judgment against Hartford in the amount of all actual and compensatory damages, for punitive damages, for treble damages, for costs and attorneys' fees, for pre-judgment and post-judgment interest, and for such other and further relief as the Court may deem just and proper.

MYERS, OLIVER & PRICE, P.C.

By: _____
Floyd D. Wilson
12480 Hwy. 14 North, Ste. 105
Cedar Crest, NM 87008
(505) 948-0004
fwilson@moplaw.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/4/2013 10:18:32 AM
GREGORY T. IRELAND
Patricia Serna

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

ALFRED COSTANZO and MELANIE COSTANZO,

          Plaintiffs

v.

          No. D-202-CV-2013-08782

PROPERTY & CASUALTY INSURANCE
COMPANY OF HARTFORD

          Defendant.

## COURT-ANNEXED ARBITRATION CERTIFICATE

Petitioners, ALFRED COSTANZO and MELANIE COSTANZO, through counsel, MYERS, OLIVER & PRICE, P.C. (Floyd Wilson), pursuant to Second Judicial District Local Rules, Rule LR2-603, certify as follows:

☐ This party seeks only a money judgment and the amount sought does not exceed twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs, and attorneys fees.

☒ This party seeks relief other than a money judgment and/or seeks relief in excess of twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs, and attorneys fees.

          MYERS, OLIVER & PRICE, P.C.

          By _____
          Floyd Wilson
          Attorneys for Petitioners
          12480 Hwy. 14 No., Ste. 105
          Cedar Crest, NM 87008
          (505) 948-0004
          fwilson@moplaw.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/11/2013 12:04:59 PM
GREGORY T. IRELAND
Gwendolen Lindquist

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

ALFRED COSTANZO and MELANIE
COSTANZO,

               Plaintiffs

v.                                        No. D-202-CV-2013-08782

PROPERTY & CASUALTY INSURANCE
COMPANY OF HARTFORD

               Defendant.

## DEMAND FOR JURY TRIAL

COME NOW, Plaintiffs ALFRED COSTANZO and MELANIE COSTANZO, by counsel, MYERS, OLIVER & PRICE, P.C., and demand a trial by jury of SIX (6) persons as to all issues triable by right in the above-styled and numbered cause.

                                        MYERS, OLIVER & PRICE, P.C.

                                        By: _____
                                             Floyd Wilson
                                             12480 Hwy. 14 No., Suite 105
                                             Cedar Crest, NM 87008
                                             (505) 948-0004
                                             fwilson@moplaw.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/27/2013 10:12:32 AM
GREGORY T. IRELAND
Lourdes Perez

# STATE OF NEW MEXICO
# OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

D202CV2013-08782

ALFRED COSTANZO & MELANIE COSTANZO,
    Plaintiff,

VS

PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,
    Defendant,

## ACCEPTANCE OF SERVICE

I, John G. Franchini, Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons, Complaint for Breach of Contract and Unfair Insurance Practices, Court-Annexed Arbitration Certification, and Acceptance of Service, on the above styled cause was accepted by me on behalf of PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, on November 18, 2013, provided in Sections 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on November 20, 2013, as shown by return receipt by Postmaster.



In Witness Whereof, I have
hereunto set my official seal
on this 22nd of November, 2013

Superintendent of Insurance

# EXHIBIT B

*Name Searched On:*
**PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD (Legal)**

**Current Information**

*Entity Legal Name:*
**PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD**

*Entity Address:*
**501 PENNSYLVANIA PARKWAY, SUITE 400, INDIANAPOLIS, IN 46280**

**General Entity Information:**

Control Number: **1989050227**
Status: **Active**
Entity Type: **Domestic Insurance Corporation**

Entity Creation Date: **5/4/1989**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

*Registered Agent*(name, address, *city*, *state*, zip):
**CT CORPORATION SYSTEM
150 West Market Street Suite 800
INDIANAPOLIS , IN  46204**

*Principals*(name, address, *city*, *state*, zip - when provided)
**Terence Shields
Secretary
One Hartford Plaza HO-1-09
Hartford , CT  06155**

**ANDRE A. NAPOLI
President
ONE HARTFORD PLAZA
HARTFORD , CT  06155**

*Transactions:*

| Date Filed | Effective Date | Type |
|---|---|---|
| 05/04/1989 | 05/04/1989 | Articles of Incorporation |

| | | |
|---|---|---|
| 07/09/1993 | 07/09/1993 | Miscellaneous |
| 06/08/1994 | 06/08/1994 | Miscellaneous |
| 05/31/1995 | 05/31/1995 | Miscellaneous |
| 05/30/1996 | 05/30/1996 | Articles of Amendment |
| 11/15/1996 | 11/15/1996 | Miscellaneous |
| 05/20/1997 | 05/20/1997 | Miscellaneous |
| 06/02/1999 | 06/02/1999 | Miscellaneous |
| 09/27/2000 | 09/27/2000 | Amended and Restated Articles |
| 07/11/2001 | 07/11/2001 | Notice of Change of Registered Office or Registered Agent |
| 08/20/2001 | 08/20/2001 | Miscellaneous |
| 08/27/2003 | 08/27/2003 | Miscellaneous |
| 07/06/2004 | 07/02/2004 | Notice of Change of Registered Office or Registered Agent |
| 03/09/2005 | 03/09/2005 | Notice of Change of Registered Office or Registered Agent |
| 09/21/2005 | 09/21/2005 | Miscellaneous |
| 03/22/2007 | 03/22/2007 | Miscellaneous |
| 03/04/2009 | 03/04/2009 | Miscellaneous |
| 03/02/2011 | 03/02/2011 | Miscellaneous |
| 11/30/2012 | 11/30/2012 | Notice of Change of Registered Office or Registered Agent |
| 06/03/2013 | 06/03/2013 | Notice of Change of Registered Office or Registered Agent |

**Corporate Reports:**
**Years Paid**
N/A

**Years Due**
None

**Additional Services Available:**

| | |
|---|---|
|  | Generate an official Certificate of Existence/Authorization. There is a fee of 20.00 for *IN.gov* subscribers and a fee of $21.42 for credit card users. Example Certificate |

NEW SEARCH
*All the entity information captured by the Indiana Secretary of State, pursuant to law, is*

Case 1:13-cv-01199-WPL-RHS   Document 1-1   Filed 12/17/13   Page 11 of 13

*displayed on the Internet. For further information, please call our office at 317-232-6576. Copies of actual corporate documents can also be <u>downloaded online</u>.*

If you encounter technical difficulties while using these services, please contact the *IN.gov* <u>Webmaster</u>.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Connie Lawson's Business Services Division at 317-232-6576.

« Back to the SOS Web site

# EXHIBIT C

## Property & Casualty Insurance Company of Hartford

*Please complete all of the following information:*

Claim Number: PP0010458824
CCPS Number: YQQ KDP 11750
Date of Loss: 12/27/2011
Named Insured: Theresa Garnier & Ja Hamill
Insured's Address: 173 Cayuga St
Groton, NY 13073
Loss Location: 242 VERMONT ST N E
Policy Number: 55 RBC 358006
Policy Period: 09/01/2011 - 09/01/2012
Police/Fire Department: __UNKNOWN__
Police/Fire Report Number: __UNKNOWN__
Date Reported to Police/Fire: __UNKNOWN__
Investigating Officer/Inspector: __UNKNOWN__
Amount of Claim: __$95,862.60__    *I bought the property back at foreclosure for $50,000.*

Describe how the loss occurred:
__I was not present at the time, what I have been told is that the fire was started as a result of the gas wall heater in the living room.__

At the time of loss the property belonged to: __James P. Hamill & Theresa Garnier (wife of James Hamill) who were purchasing the property from Alfred L. Costanzo & Melanie E. Costanzo__
No other person had any interest except as follows: __James P. Hamill & Theresa Garnier/Hamill and Alfred and Melanie Costanzo, I have learned recently the State Tax & Rev, Her back taxes owed $350 + 1008.88 to the City of ABQ.__
The undersigned warrants that there is no other insurance carried that would apply to this loss except: __for Hartford Ins. Co. under the above listed people covered.__

I certify that the foregoing statement, including the attached Schedule of Loss, is correct and no material fact is withheld of which the company should be advised. I understand that any willful misrepresentation or willful concealment of any material fact will invalidate this claim.

State of __New Mexico__    County of __Bernalillo__
Subscribed and sworn to before me this __8th__ day of __July__ in the year __2013__

__Alfred V. Costanzo__
(Insured Name)

__Melanie Costanzo__
(Insured Name)

OFFICIAL SEAL
APRIL WYANT
Notary Public
State of New Mexico
My Comm. Expires 4-16-15

__April Wyant__
(Notary Signature)
(Notary: affix seal above signature)

New Mexico law requires the following statement to appear on this form.

**ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.**

Handling ID:
LTR10206059
RR1

201HGC003700-PP0010458824-YQQ KDP 11750